In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property and Liquidate the Business of the GENERAL INDEMNITY CORPORATION OF AMERICA.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of GENERAL INDEMNITY CORPORATION OF AMERICA, Appellant; CENTRAL CHEVROLET COMPANY, Respondent.

Argued May 16, 1938; decided July 7, 1938.

*Irvin Waldman, Pinckney Estes Glantzburg* and *Alfred C. Bennett* for appellant.

*Samuel S. Allan* and *Edmund P. Silver* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.